UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

OREGON AND SOUTHWEST WASHINGTON
NECA-IBEW ELECTRICAL WORKERS AUDIT
COMMITTEE, comprised of TIMOTHY J.
GAUTHIER, CLIF DAVIS, TIM FOSTER, GARY
PRICE, RANDY WAGNER, acting on behalf of
HARRISON ELECTRICAL WORKERS TRUST
FUND; EDISON PENSION TRUST; NATIONAL
ELECTRICAL BENEFIT FUND; INTERNATIONAL
BROTHERHOOD OF ELECTRICAL WORKERS
DISTRICT NO. 9 PENSION PLAN; BARNES
LABOR-MANAGEMENT COOPERATION
COMMITTEE; NECA-IBEW ELECTRICAL          Civil No. 08-1284-HA
TRAINING TRUST and on behalf of the Trustees
of said Trust Funds, and on behalf of the         ORDER
INTERNATIONAL BROTHERHOOD OF
ELECTRICAL WORKERS, LOCAL 48,

       Plaintiffs,

  v.

E. J. CASSELLA & ASSOCIATES, INC.,

       Defendant.

HAGGERTY, Chief Judge:

1    - ORDER

Plaintiffs filed a Motion to Dismiss Defendant's Answer to Complaint [6].  Plaintiffs' motion is construed by the court as a motion to strike.

Defendant Cassella, a corporation, filed its Answer to Complaint on November 25, 2008. The Answer was signed and dated by Karl Starkweather.  Starkweather is not an attorney registered with the Oregon State Bar.

Oregon Revised Statutes 9.320 stipulates that a "state or a corporation appears by attorney in all cases."  Therefore, defendant is required to appear and defend through an attorney. *See Triangle Fabricators, Inc. v. Forward Indus., Inc.*, 866 F. Supp. 467 (D. Or. 1994). Accordingly, plaintiffs' Motion to Dismiss Defendant's Answer to Complaint [6] is GRANTED as follows:  defendant's answer is stricken.  The defendant corporation has thirty days to obtain counsel and make a proper appearance.

IT IS SO ORDERED.

Dated this  9   day of December, 2008.

                                            /s/ Ancer L. Haggerty
                                               Ancer L. Haggerty
                                        United States District Judge